CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Adrian Guerrero-Hernandez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17-cr-102 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| vs. | |
| ADRIAN GUERRERO HERNANDEZ, | DATE: August 16, 2018<br>TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Adrian Guerrero Hernandez, that the status conference scheduled for August 16, 2018, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 23, 2018, at 9:30 a.m., for further status conference and anticipated change of plea. This stipulation applies only to Mr. Guerrero Hernandez, not to the co-defendants.

The government has recently provided defense counsel with a revised plea agreement. Counsel will require additional time to review this new plea agreement with Mr. Guerrero Hernandez.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 15, 2018  /S/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff


/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Adrian Guerrero-Hernandez


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 16, 2018, at 9:30 a.m., be vacated and the matter continued to August 23, 2018, at 9:30 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

This 15th day of August, 2018

Troy L. Nunley
United States District Judge