| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, ESQ. |
| 2 | California State Bar Number 207136 |
|   | 431 I Street, Suite 102 |
| 3 | Sacramento, CA 95814 |
|   | (916) 443-8055 |
| 4 | |
| 5 | Attorney for Adrian Guerrero-Hernandez |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17-102 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| vs. | |
| ADRIAN GUERRERO HERNANDEZ, | DATE: November 8, 2018 |
|   | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Adrian Guerrero Hernandez, that the sentencing hearing scheduled for November 8, 2018, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 17, 2019, at 9:30 a.m., for sentencing.

The parties further request that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Informal Objections due: | December 20, 2018 |
| Final Presentence Report due: | December 27, 2018 |
| Motion for Correction due: | January 3, 2019 |
| Reply, or statement of non opposition due: | January 10, 2019 |
| Sentencing Date: | January 17, 2019 |

DATED: October 26, 2018  /S/  Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff


/S/  Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Adrian Guerrero-Hernandez

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for November 8, 2018, at 9:30 a.m., be vacated and the matter continued to January 17, 2019, at 9:30 a.m., for sentencing, and that the briefing schedule be modified as requested.

This 26th day of October, 2018

_____
The Honorable Troy L. Nunley
United States District Court Judge